# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: mgut | Date Created: 1/23/2019 |
| Case: 19−20257−CMB | Form ID: pdf900 | Total: 15 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Anthony M. Moody | amoody@moodylawoffices.com |
| aty | Keri P. Ebeck | kebeck@bernsteinlaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Ruth A. Bendel | 581 River Ridge Road    McKeesport, PA 15133−2405 |
| cr | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| cr | Duquesne Light Company | c/o Bernstein−Burkley, P.C.    707 Grant Street, Suite 2200, Gulf Tower    Pittsburgh, PA 15219 |
| 14981198 | Capital One Bankruptcy Dept. | PO Box 30285    Salt Lake City, UT 84130 |
| 14981840 | Credit Acceptance | 25505 West Twelve Mile Rd    Suite 3000    Southfield MI 48034 |
| 14981199 | Credit Acceptance Corp | PO Box 513    Southfield, MI 48037 |
| 14981200 | Ditech | PO Box 6172    Rapid City, SD 57709−6172 |
| 14981201 | KML Law Group, P.C. | Attn: James C. Warmbrodt, Esq.    BNY Mellon Independence Center    701 Market Street, Suite 5000    Philadelphia, PA 19106 |
| 14981336 | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| 14981202 | Parkvale Bank | Loan Servicing Dept.    4220 William Penn Highway    Monroeville, PA 15162 |
| 14981203 | T−Mobile USA | Bankruptcy Dept    PO Box 53410    Bellevue, WA 98015 |

TOTAL: 11