IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ruth A. Bendel, | ) | Bankruptcy No. 19-20257-CMB |
|    Debtor | ) | Chapter 13 |
| | ) | Related to Document No(s). 92-93 |
| Ruth A. Bendel, | ) | |
|    Movant | ) | Hearing Date and Time: |
| | ) | September 14, 2023 at 1:30 P.M. |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |
| | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY COUNSEL FOR THE DEBTOR

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Counsel for the Debtor filed on August 17, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ Counsel for the Debtor appears thereon. Pursuant to the Notice of Hearing, objections for Application to Employ Counsel for the Debtor were to be filed and served no later than September 5, 2023.

     It is hereby respectfully requested that the Order attached to the Application to Employ Counsel for the Debtor be entered by the Court.

                               Respectfully submitted,

September 6, 2023                    /s/Lauren M. Lamb
Date:                                    Lauren M. Lamb, Esquire
                                        Attorney for the Debtor
                                        STEIDL & STEINBERG
                                        2830 Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 391-8000
                                        PA I. D. No.  209201
                                        llamb@steidl-steinberg.com