IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-20257-CMB |
| Ruth A. Bendel (deceased), | ) | |
|     Debtor | ) | Chapter 13 |
| | ) | |
| Ruth A. Bendel (deceased), | ) | Docket No. 97 |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**ORDER OF COURT**

AND NOW, to wit, this ___9th___ day of ___November___, 2023, it is hereby ORDERED, ADJUDGED, and DECREED, that Ruth A. Bendel is hereby excused from completing the Personal Financial Management Course.

_____
Honorable Carlota M. Böhm
United States Bankruptcy Judge

FILED
11/9/23 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-20257-CMB
Ruth A. Bendel Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Nov 09, 2023 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Ruth A. Bendel, 581 River Ridge Road, McKeesport, PA 15133-2405 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

**Name**  **Email Address**

Anthony M. Moody
    on behalf of Debtor Ruth A. Bendel amoody@moodylawoffices.com moodyar81455@notify.bestcase.com

Brian Nicholas
    on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com
    cwohlrab@ecf.courtdrive.com

Hilary Wheatley Taylor
    on behalf of Creditor Redevelopment Authority of Allegheny County htaylor@papernick-gefsky.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lauren M. Lamb
    on behalf of Debtor Ruth A. Bendel
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Sindi Mncina
    on behalf of Creditor DITECH FINANCIAL LLC smncina@raslg.com

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11