IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                        )
                              )
Ruth A. Bendel                )    Case No. 19-20257-CMB
                              )    Chapter 13
    Debtor                    )

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***:**

☐    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by:    Debtor

☐    a motion to lift stay
      as to creditor

☐    Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated        January 19, 2019
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐    Debtor's Plan payments shall be changed from $ 988.00  to
      $ 2,244.00  per month, effective   January, 2024  ; and/or the Plan term
      shall be changed from        months to        months.                .

☐   In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that she has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐   Debtor shall file and serve         on or before         .

☐   If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐   If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as        may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☐   Other:   <u>Redevelopment Authority of Allegheny County claim 12 shall govern to be paid in full and Redevelopment Authority of Allegheny County claim 13 shall govern to be paid as a long-term continuing debt. Debtor shall take over long-term continuing debt payments in March.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 16th day of January, 2024

Honorable Carlota M. Böhm    dmr
United States Bankruptcy Judge

Stipulated by:

/s/Lauren M. Lamb
Counsel to Debtor
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

/s/James Warmbrodt
Counsel to Chapter 13 Trustee

FILED
1/16/24 4:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:    All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ruth A. Bendel  
    Debtor

Case No. 19-20257-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jan 16, 2024      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ruth A. Bendel, 581 River Ridge Road, McKeesport, PA 15133-2405 |
| aty | + | Lauren M. Lamb, Steidl & Steinberg, P.C., 707 Grant Street, Gulf Tower, Suite 2830, Pittsburgh, PA 15219-1932 |
| 14981200 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 15155450 | + | Redevelopment Authority of Allegheny County, One Chatham Center, Suite 900, 112 Washington Place, Pittsburgh, PA 15219-3458 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 17 2024 04:00:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 17 2024 04:01:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14998469 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2024 04:08:30 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14981198 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2024 04:08:21 | Capital One Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14981840 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 17 2024 04:00:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14981199 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 17 2024 04:00:00 | Credit Acceptance Corp, PO Box 513, Southfield, MI 48037-0513 |
| 15556408 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 17 2024 04:01:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15017410 | | Email/Text: G06041@att.com | Jan 17 2024 04:01:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15021617 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 17 2024 04:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14996339 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 17 2024 04:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14986781 | + | Email/Text: BKRMailOps@weltman.com | Jan 17 2024 04:01:00 | JH PORTFOLIO DEBT EQUITIE, c/o Weltman, Weinberg & Reis, Co.,L.P.A, 323 W. Lakeside Avenue, Ste 200, Cleveland, OH 44113-1009 |
| 14981201 | ^ | MEBN | Jan 17 2024 03:57:58 | KML Law Group, P.C., Attn: James C. Warmbrodt, Esq., BNY Mellon Independence |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15605408 |  | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:08:21 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15172006 |  | Email/Text: mtgbk@shellpointmtg.com | Jan 17 2024 04:00:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15021619 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:08:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14981336 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:08:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14981202 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 17 2024 04:00:00 | Parkvale Bank, Loan Servicing Dept., 4220 William Penn Highway, Monroeville, PA 15146-2724 |
| 14987155 | + | Email/Text: ebnpeoples@grblaw.com | Jan 17 2024 04:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14981203 |  | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jan 17 2024 04:08:30 | T-Mobile USA, Bankruptcy Dept, PO Box 53410, Bellevue, WA 98015 |
| 15010593 |  | Email/Text: BNCnotices@dcmservices.com | Jan 17 2024 04:00:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15012400 |  | Email/Text: BNCnotices@dcmservices.com | Jan 17 2024 04:00:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | DITECH FINANCIAL LLC, RAS Citron, LLC |
| cr |  | DLJ Mortgage Capital, Inc. |
| cr |  | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Redevelopment Authority of Allegheny County, One Chatham Center, Suite 900, 112 Washington Place, Pittsburgh, PA 15219-3458 |
| 15025608 | ## | DITECH FINANCIAL LLC, PO BOX 12740, TEMPLE, AZ 85284-0046 |

TOTAL: 3 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Anthony M. Moody | on behalf of Debtor Ruth A. Bendel moodylawoffices@yahoo.com moodyar81455@notify.bestcase.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Hilary Wheatley Taylor | on behalf of Creditor Redevelopment Authority of Allegheny County htaylor@papernick-gefsky.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lauren M. Lamb | on behalf of Debtor Ruth A. Bendel julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor DITECH FINANCIAL LLC smncina@raslg.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11