IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 19-20257-CMB |
| Ruth A. Bendel | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Doc #__106__ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Ruth A. Bendel | ) | |
| | ) | |
| Respondent(s) | ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **March 26, 2024, at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **March 19, 2024.**

| | |
|---|---|
| <u>2/29/24</u> | <u>/s/ Ronda J. Winnecour</u> |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-20257-CMB
Ruth A. Bendel  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Feb 29, 2024  Form ID: pdf900  Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Ruth A. Bendel, 581 River Ridge Road, McKeesport, PA 15133-2405 |
| aty | + | Lauren M. Lamb, Steidl & Steinberg, P.C., 707 Grant Street, Gulf Tower, Suite 2830, Pittsburgh, PA 15219-1932 |
| 14981200 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 15155450 | + | Redevelopment Authority of Allegheny County, One Chatham Center, Suite 900, 112 Washington Place, Pittsburgh, PA 15219-3458 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 01 2024 00:19:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 01 2024 00:19:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14998469 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2024 00:48:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14981198 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2024 00:34:38 | Capital One Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14981840 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 01 2024 00:19:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14981199 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 01 2024 00:19:00 | Credit Acceptance Corp, PO Box 513, Southfield, MI 48037-0513 |
| 15556408 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 01 2024 00:19:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15017410 | | Email/Text: G06041@att.com | Mar 01 2024 00:19:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 15021617 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 01 2024 00:19:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14996339 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2024 00:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14986781 | + | Email/Text: BKRMailOps@weltman.com | Mar 01 2024 00:19:00 | JH PORTFOLIO DEBT EQUITIE, c/o Weltman, Weinberg & Reis, Co.,L.P.A, 323 W. Lakeside Avenue, Ste 200, Cleveland, OH 44113-1009 |
| 14981201 | ^ | MEBN | Mar 01 2024 00:12:56 | KML Law Group, P.C., Attn: James C. Warmbrodt, Esq., BNY Mellon Independence |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: pdf900 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15605408 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 01 2024 00:23:55 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15172006 | | Email/Text: mtgbk@shellpointmtg.com | Mar 01 2024 00:19:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15021619 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 00:23:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14981336 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 01 2024 00:24:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14981202 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 01 2024 00:19:00 | Parkvale Bank, Loan Servicing Dept., 4220 William Penn Highway, Monroeville, PA 15146-2724 |
| 14987155 | + | Email/Text: ebnpeoples@grblaw.com | Mar 01 2024 00:19:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14981203 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 01 2024 00:24:18 | T-Mobile USA, Bankruptcy Dept, PO Box 53410, Bellevue, WA 98015 |
| 15010593 | | Email/Text: BNCnotices@dcmservices.com | Mar 01 2024 00:19:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15012400 | | Email/Text: BNCnotices@dcmservices.com | Mar 01 2024 00:19:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC, RAS Citron, LLC |
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | *+ | Redevelopment Authority of Allegheny County, One Chatham Center, Suite 900, 112 Washington Place, Pittsburgh, PA 15219-3458 |
| 15025608 | ## | DITECH FINANCIAL LLC, PO BOX 12740, TEMPLE, AZ 85284-0046 |

TOTAL: 3 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 02, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

Case 19-20257-CMB    Doc 109    Filed 03/02/24    Entered 03/03/24 00:26:15    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 29, 2024 | Form ID: pdf900 | Total Noticed: 25 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony M. Moody | on behalf of Debtor Ruth A. Bendel moodylawoffices@yahoo.com moodyar81455@notify.bestcase.com |
| Charles Griffin Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor DLJ Mortgage Capital Inc. dcarlon@kmllawgroup.com |
| Hilary Wheatley Taylor | on behalf of Creditor Redevelopment Authority of Allegheny County htaylor@papernick-gefsky.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Lauren M. Lamb | on behalf of Debtor Ruth A. Bendel julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Sindi Mncina | on behalf of Creditor DITECH FINANCIAL LLC smncina@raslg.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11