**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/05/2024

IN RE:

RUTH A. BENDEL
581 RIVER RIDGE ROAD
MCKEESPORT, PA 15133-2405
XXX-XX-7792         Debtor(s)

Case No.19-20257 CMB

Chapter 13

**AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/5/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | CRED DESC | Court Claim # | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | 1 | 0.00% | NOTICE ONLY | | 7428 | 0.00 | WALMART/PRAE |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA  15219 | 2 | 0.00% | NOTICE ONLY | | | 0.00 | DUQ LITE/PRAE |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI  48034-8339 | 3 | 6.25% | VEHICLE | 1 | 7932 | 13,632.33 | RS/OE*CL1GOV@MDF*$15,479.58/CL-PL@6.25%/PL*PIF/CR-DKT |
| **DLJ MORTGAGE CAPITAL**<br>C/O SELECT PORTFOLIO SVCNG*<br>POB 65450*<br>SALT LAKE CITY, UT  84165 | 4 | 0.00% | MORTGAGE REGULAR PAYMEN | 11 | 9939 | 0.00 | DK4PMT-LMT*BGN 2/19*FR DITECH-DOC 60*FR NEWREZ-DOC 75 |
| **PARKVALE BANK*FRMR PARKVALE SV**<br>ATTN: ASSET MGT*<br>4220 WILLIAM PENN HWY*<br>MONROEVILLE, PA  15146 | 5 | 0.00% | MORTGAGE PAID IN FULL | NC1 | 051X | 0.00 | 60/MO/PL*60X(60+2)=LMT*2ND*$0 ARRS/PL*NO FURTHER PMTS/CNF |
| **PARKVALE BANK*FRMR PARKVALE SV**<br>ATTN: ASSET MGT*<br>4220 WILLIAM PENN HWY*<br>MONROEVILLE, PA  15146 | 6 | 0.00% | MORTGAGE PAID IN FULL | NC2 | 194X | 0.00 | 9/MO/PL*9X(60+2)=LMT*3RD*$0 ARRS/PL*NO FURTHER PMTS/CNF |
| **KML LAW GROUP PC** (FRMRLY BRIAN C. NICH**<br>C/O DENISE CARLON ESQ<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | 7 | 0.00% | NOTICE ONLY | | | 0.00 | DITECH/SCH*DLJ MRTG CPTL/NPMC |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | 8 | 0.00% | UNSECURED CREDITOR | 5 | 6411 | 439.90 | 4546/SCH |
| **T MOBILE**<br>BKO TEAM<br>POB 53410<br>BELLEVUE, WA  98015-3410 | 9 | 0.00% | UNSECURED CREDITOR | | | 0.00 | NT ADR/SCH |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | 10 | 0.00% | NOTICE ONLY | | | 0.00 | PEOPLES/PRAE |

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  1,814.33<br>COMMENT:  020648306*NT/SCH*JUDGMENT*FR JH LIQUIDATING TRUST 1*DOC 88 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0094 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:12 INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  522.23<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5128 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  278.46<br>COMMENT:  NT/SCH*FINGERHUT/BLUESTREAM | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0221 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA  15219 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  310.00<br>COMMENT:  FEES/PL | CRED DESC:  FILING FEES<br>ACCOUNT NO.:  19-20257-CMB |
| **DLJ MORTGAGE CAPITAL**<br>C/O SELECT PORTFOLIO SVCNG*<br>POB 65450*<br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  5,227.69<br>COMMENT:  $/CL-PL*THRU 1/19*FR DITECH-DOC 60*FR NEWREZ-DOC 75 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  9939 |
| **ROBERTSON ANSCHULTZ  SCHNEID ET AL**<br>130 CLINTON RD STE 202<br>FAIRFIELD, NJ  07004 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  DITECH/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  1,000.00<br>COMMENT:  NT/SCH*UPMC MCKEESPORT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7792 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  412.86<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7792 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL  60197-5008 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  296.18<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4848 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  288.99<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0962 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: CL 10@451.88 W/D-DOC 32 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7428 |
| **ALLEGHENY COUNTY REDEVELOPMENT AUTH**<br>C/O CREDIT MANAGEMENT<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 628.07<br>COMMENT: NT/SCH~PARKVALE/PL?*TIMELY/OE*ALL ARRS/CL~MATURED 12/15/17*DK | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 8019 |
| **ALLEGHENY COUNTY REDEVELOPMENT AUTH**<br>C/O CREDIT MANAGEMENT<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 0.00<br>COMMENT: NT/SCH~PARKVALE/PL?*TIMELY/OE*ARRS/CL=$1896.72*MATURES 2/1/29*DK | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8032 |
| **WILLIAM E CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ 08057 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CREDIT ACCPTNC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLEGHENY COUNTY REDEVELOPMENT AUTH**<br>C/O CREDIT MANAGEMENT<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 1,896.72<br>COMMENT: PY/SOE DN 102*DKT | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8032 |

Case 19-20257-CMB    Doc 110    Filed 03/05/24    Entered 03/05/24 11:50:42    Desc
Page 5 of 5