IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) BANKRUPTCY NO.: |
| | ) 19-20257CMB |
| RUTH A. BENDEL | ) |
| | ) Chapter No.    13 |
| Debtor | ) |
| | ) |
| REDEVELOPMENT AUTHORITY OF ALLEGHENY COUNTY, | ) |
| | ) |
| Movant | ) |
| | ) |
| vs | ) |
| | ) |
| No Respondent | ) |
| | ) |
| Respondent. | ) |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:    Allegheny County Redevelopment Authority
    Incorrect Address:    c/o Credit Management
                           2121 Nobelstown Foad
                           Pittsburgh, PA 15205

Correct Address:

    Creditor Name:    Redevelopment Authority of Allegheny County
    Correct Address:    Koppers Building
                           436 7th Avenue, Suite 500
                           Pittsburgh, PA 15219

Dated:  March 18, 2024

                                         /s/ Robert L. Murphy
                                         Robert L. Murphy, Esquire
                                         Papernick & Gefsky, LLC
                                         Pa. I.D. #30772
                                         One Oxford Centre, 34th Floor
                                         301 Grant Street
                                         Pittsburgh, PA 15219
                                         (412) 765-2212