IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ruth A. Bendel, | ) | Bankruptcy No. 19-20257-CMB |
| | ) | Chapter 13 |
| Debtor | ) | Related to Document No(s). 113-114 |
| | ) | |
| Ruth A. Bendel, | ) | Hearing Date and Time: |
| | ) | April 25, 2024 at 1:30PM |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DLJ Mortgage Capital, Inc., | ) | |
| Respondent(s) | | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Notice of Mortgage Payment Change filed on March 25, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Notice of Mortgage Payment Change appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Notice of Mortgage Payment Change were to be filed and served no later than April 11, 2024.

It is hereby respectfully requested that the Order attached to the Objection to Notice of Mortgage Payment Change be entered by the Court.

Respectfully submitted,

April 12, 2024   /s/Lauren M. Lamb
Date:            Lauren M. Lamb, Esquire
                 Attorney for the Debtor
                 STEIDL & STEINBERG
                 2830 Gulf Tower
                 707 Grant Street
                 Pittsburgh, PA  15219
                 (412) 391-8000
                 PA I. D. No.  209201
                 llamb@steidl-steinberg.com