IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Ruth A. Bendel, | ) | Bankruptcy No. 19-20257-CMB |
|     Debtor | ) | Chapter 13 |
| | ) | Document No. |
| Ruth A. Bendel, | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.
2. The Debtor is not required to pay any Domestic Support Obligation.
3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.
4. On February 26, 2019, at docket number 24, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned the executrix of Debtor's decedent's estate, who is Debtor's sister, about the statements in this Certification and verified the answers in support of this Certification.

<u>June 28, 2024</u>                                    <u>/s/ Lauren M. Lamb</u>
DATE                                                         Lauren M. Lamb, Esquire
                                                                   Attorney for the Debtor
                                                                   STEIDL & STEINBERG
                                                                   Suite 2830, Gulf Tower
                                                                   707 Grant Street
                                                                   Pittsburgh, PA 15219
                                                                   (412) 391-8000
                                                                   llamb@steidl-steinberg.com
                                                                   PA I.D. No. 209201