| | |
|---|---|
| Debtor1 | Ruth A. Bendel |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the : <u>Western</u> District of <u>Pennsylvania</u>
(State)

Case number <u>19-20257-CMB</u>

# Form 4100R
# Response to Notice of Final Cure                10/15

_____

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:**    U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust

**Court claim no.** (if known): 11-1

**Last 4 digits** of any number you use to identify the debtor's account:    1727

**Property address:**     581 River Ridge Road
                      Number       Street

                      McKeesport, PA 15133
                      City        State        ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

[X]      Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]      Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $_____

| Part 3: | Postpetition Mortgage |
|---|---|

*Check one:*

[X]      Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

       The next postpetition payment from the debtor(s) is due on:      06 /01 /2024
                                                                      MM/DD/YYYY

[ ]      Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

       Creditor asserts that the total amount remaining unpaid as of the date of this response is:

       a. Total postpetition ongoing payments due:                                           (a) $_____

       b. Total fees, charges, expenses, escrow and costs outstanding:                + (b) $_____

       c. Total. Add lines a and b.                                                              (c) $_____

       Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:                                                     MM/ DD/ YYYY

       *Please note the creditor is in the process of filing a Transfer of Servicer to reflect the creditor as the transferee of this claim. However, this Response to Notice of Final Cure is being filed to ensure the creditors compliance with Fed. R. Bankr. P. 3002.1

Form 4100R                      **Response to Notice of Final Cure Payment**                      page 1

| Debtor 1 | Ruth A. Bendel | | | Case Number (if known) | 19-20257-CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Christopher Salamone
   Signature

Date 07/17/2024

Print   Christopher Salamone
        First Name    Middle Name    Last Name

Title  Authorized Agent

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   13010 Morris Rd, Suite 450
          Number        Street

          Alpharetta, GA 30004
          City          State        ZIP Code

Contact   470-321-7112                                     Email csalamone@raslg.com

| Form 4100R | Response to Notice of Final Cure Payment | page 2 |
|---|---|---|

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___July 17, 2024___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Ruth A. Bendel
581 River Ridge Road
McKeesport, PA 15133-2405

And via electronic mail to:

Lauren M. Lamb
Steidl & Steinberg, P.C.
707 Grant Street
Suite 2830
Pittsburgh, PA 15219

Anthony M. Moody
Moody Law Offices
90 WEST CHESTNUT STE 603
WASHINGTON, PA 15301-4524

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ Dena Eaves
Dena Eaves
deaves@raslg.com