**Fill in this information to identify the case:**

Debtor 1 <u>Ruth Bendel</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   <u>Western District of Pennsylvania (Pittsburgh)</u>

Case number <u>19-20257-CMB</u>

---

<u>Official Form 410S1</u>

# Notice of Mortgage Payment Change         12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: DLJ Mortgage Capital, Inc.          **Court claim no**. (if known): <u>11</u>

**Last four digits** of any number you use to identify the debtor's account:  9939

**Date of payment change:** <u>**06/01/2023**</u>
Must be at least 21 days after date of this notice

**New total payment:**   <u>$ 421.54</u>
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $<u>197.48</u>        **New escrow payment:** $<u>204.49</u>

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%        **New interest rate:** _____%

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

---

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

Debtor1 <u>Ruth Bendel</u>                                                         Case Number (*If known*):<u>19-20257-CMB</u>
         First Name    Middle Name    Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**


✘ /s/ Brian C. Nicholas                                  Date February 17, 2023
   Signature

| | | |
|---|---|---|
| Print: | Brian C. Nicholas    ATT ID: 317240 | Title Attorney for Creditor |
|        | First Name    Middle Name    Last Name | |
| Company | KML Law Group, P.C. | |
| Address | 701    Market Street, Suite 5000 | |
|         | Number    Street | |
|         | Philadelphia,    PA    19106 | |
|         | City    State    ZIP Code | |
| Contact phone | (215) 627–1322 | Email bnicholas@kmllawgroup.com |